UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


JENNIFER B.,

   Plaintiff,        Civil No. 2:26-cv-10529
               Hon. Matthew F. Leitman
v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

      /s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126